1 | ALEX G. TSE (CABN 152348)
United States Attorney

2 | SARA WINSLOW (DCBN 457643)
3 | Chief, Civil Division

4 | RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

5 |
6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6915
7 | FAX: (415) 436-6570
Raven.Norris@usdoj.gov

8 |
9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 97-40164 DLJ |
| Plaintiff, | WRIT OF CONTINUING GARNISHMENT |
| v. | |
| JAMEL M. PRATER, | |
| Defendant, | |
| SEA-LOGIX, LLC, | |
| Garnishee. | |

TO: Sea-Logix
1425 Maritime St.
Oakland, CA 94607

**YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA PROPERTY IN YOUR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS A SUBSTANTIAL NONEXEMPT INTEREST.**

WRIT OF CONTINUING GARNISHMENT
CR 97-40164 DLJ                                                                 1

The name, last known address, and last four digits of the social security number of the person who is the defendant-judgment debtor ("defendant") in this action and whose property is subject to this Writ are as follows:

>Jamel Prater
>19 Sapphire Ct.
>Hercules, CA 94547
>Social Security Number (last four digits):  XXX-XX-1416.

This Writ has been issued at the request of the United States of America to enforce the collection of a criminal judgment entered in favor of the United States against the debtor for a debt in the original amount of $747,081.00.  There is a balance due of approximately $737,436.00.

The following are the steps that you must take to comply with this Writ.  If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor (including wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or retirement program) in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property.  With respect to the debtor's wages, salary, commissions, or bonuses; or periodic payments pursuant to a pension or retirement program, you must withhold twenty-five percent (25%) of such amount(s) after all deductions required by law have been withheld.  See, 28 U.S.C. §§ 3205(a) and 3002(9).

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you.  You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor.  Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

   a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt disposable earnings;

   b. a description of such property and the value of such property;

1　　　　　　　c.　　a description of any previous garnishments to which such property is subject and

2 the extent to which any remaining property is not exempt; and

3　　　　　　　d.　　the amount of the debt you anticipate owing to the debtor in the future and

4 whether the period for payment will be weekly or another specified period.

5　　　　For your convenience, a form which addresses the above-requested information is attached and

6 may be used to answer the Writ.

7　　　　3.　　After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) and

8 (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original

9 answer bearing the original signature of the person preparing the answer to the Court at the following

10 address:

11　　　　　　Clerk, United States District Court
　　　　　　　1301 Clay St., Suite 400S
12　　　　　　Oakland, CA 94612.

13　　　　At the same time you mail or deliver the original answer to the Court, you must also mail or

14 deliver a copy of the original answer to both the debtor and attorney for the United States at the

15 following respective addresses:

16　　　　　　Jamel Prater
　　　　　　　19 Sapphire Ct.
17　　　　　　Hercules, CA 94547

18
　　　　　　　Raven M. Norris
19　　　　　　Assistant U.S. Attorney
　　　　　　　450 Golden Gate Avenue, 9th Floor
20　　　　　　P.O. Box 36055
　　　　　　　San Francisco, CA 94102.
21

22　　　　Please note that the attached form answer contains a certificate of service which needs to be

23 completed by the person mailing the copies of the answer to the debtor and the attorney for the United

24 States, and which needs to be filed with the Court along with the answer.

25　　　　IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN

26 ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR

27 AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT

28 AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE

WRIT OF CONTINUING GARNISHMENT
CR 97-40164 DLJ　　　　　　　　　　　　　3

| | |
|---|---|
| 1 | APPEARANCE DATE.  IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD |
| 2 | CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A |
| 3 | JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST |
| 4 | IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).  THE COURT |
| 5 | MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND |
| 6 | AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN |
| 7 | AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR. |

SUSAN Y. SOONG,
Clerk of the United States
District Court for the Northern District of California

*Susan Y. Soong*

Dated: August 23, 2018    By: *Kelly Collins*
Deputy Clerk

WRIT OF CONTINUING GARNISHMENT
CR 97-40164 DLJ                                          4